01
02
03
04
05
06
07
08
09
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH RED THUNDER,                      )    CASE NO. C05-0283-RSL
                                         )
        Plaintiff,                       )
                                         )
    v.                                   )    ORDER RE: MOTION FOR
                                         )    APPOINTMENT OF COUNSEL
MR. MUNDAY, et al.,                      )
                                         )
        Defendants.                      )
_____  )

15    Plaintiff proceeds *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 action.  His

16 motion requesting appointment of counsel is currently before the Court.  (Dkt. 9.)  Having

17 considered plaintiff's motion, the Court does hereby find and ORDER:

18    (1)    There is no right to have counsel appointed in cases brought under § 1983.

19 Although the Court, under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party

20 proceeding *in forma pauperis*, plaintiff has shown neither exceptional circumstances, nor an

21 inability to articulate his claims *pro se* that would warrant the appointment of counsel.  *See*

22 *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986).  Accordingly, plaintiff's motion for

23 appointment of counsel (Dkt. 9) is DENIED.

24 / / /

25 / / /

26 / / /

ORDER RE: MOTION FOR
APPOINTMENT OF COUNSEL
PAGE -1

01          (2)   The Clerk shall send a copy of this Order to plaintiff, to counsel for defendants, and

02   to the Hon. Robert S. Lasnik.

03          DATED this  6th  day of May, 2005.

04                                                    _____

05                                                    Mary Alice Theiler
                                                     United States Magistrate Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER RE: MOTION FOR
APPOINTMENT OF COUNSEL
PAGE -2