UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH RED THUNDER, | ) CASE NO. C05-0283-RSL-MAT |
| Plaintiff, | ) |
| v. | ) ORDER RE: PENDING |
| MR. MUNDAY, et al., | ) MOTIONS AND LETTER |
| Defendants. | ) |

Plaintiff proceeds *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 action. His motion for reconsideration of the Court's order denying the appointment of counsel (Dkt. 23), motion for extension of time on future filings (Dkt. 20), and a letter requesting a copy of the local court rules (Dkt. 22) are currently before the Court. Having considered the motions and letter, the Court does hereby find and ORDER:

(1) There is no right to have counsel appointed in cases brought under § 1983. Although the Court, under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party proceeding *in forma pauperis* , the Court found that plaintiff showed neither exceptional circumstances, nor an inability to articulate his claims *pro se* that would warrant the appointment of counsel. *See Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). Local Rule 7(h) provides:

   Motions for reconsideration are disfavored. The court will ordinarily deny such

motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.

CR 7(h)(1). In this case, having considered plaintiff's motion for reconsideration of the order denying his motion for counsel, the Court finds no showing of either manifest error or new facts or legal authority. Accordingly, plaintiff's motion for reconsideration (Dkt. 23) is DENIED.

(2)  Plaintiff filed a general motion seeking "an extension of time on future filings of Motions [etc.]" (Dkt. 20.) He notes that he is a prisoner, acting *pro se*, and has very limited access to the library and typing materials. *Id*. While the Court appreciates the difficulties faced by plaintiff, it would not be appropriate to grant a general extension on the timing of his filings. Accordingly, his request for an extension of time is DENIED. However, should plaintiff require additional time with respect to a particular future filing, he should request an extension in relation to that filing.

(3)  Plaintiff submitted a letter requesting a copy of the local court rules, as well as legal forms he will need to file future motions and special requests. (Dkt. 22.) This Court does not provide copies of court rules or general legal forms. However, the jail law library or county law library should be able to assist plaintiff with this request.

(4)  The Clerk shall send a copy of this Order to plaintiff, counsel for defendants, and the Hon. Robert S. Lasnik.

DATED this  9th  day of June, 2005.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge