UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH RED THUNDER, | ) CASE NO. C05-0283-RSL-MAT |
| Plaintiff, | ) |
| v. | ) ORDER RE: MOTION TO EXTEND |
| MR. MUNDAY, et al., | ) DISCOVERY DEADLINE |
| Defendants. | ) |

Plaintiff proceeds *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 action. His motion to extend the discovery deadline in this case (Dkt. 26) is currently before the Court. Defendants did not oppose plaintiff's motion[1]. Having considered plaintiff's motion, the Court does hereby find and ORDER:

(1) Plaintiff's request for an extension of the discovery deadline is reasonable. As requested, the Court extends the discovery deadline in this matter to **October 18, 2005**. Dispositive motions may be served on or before **November 18, 2005** and the parties are directed to confer and provide the Court with a pretrial statement by no later than **February 17, 2006**.

---

[1] It does not appear that plaintiff served defendants with a copy of this motion. However, defendants did receive electronic notification of its filing. **Plaintiff is nonetheless reminded to serve defendants with any future filings, and to include a Certificate of Service with any future filings.** Any future filings lacking a certificate of service may be returned without further consideration.

ORDER RE: MOTION TO EXTEND
DISCOVERY DEADLINE
PAGE -1

(2) The Clerk shall send a copy of this Order to plaintiff, counsel for defendants, and the Hon. Robert S. Lasnik.

DATED this  1st  day of August, 2005.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER RE: MOTION TO EXTEND
DISCOVERY DEADLINE
PAGE -2