UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOSEPH RED THUNDER, | ) | CASE NO. C05-0283-RSL-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO SHOW CAUSE |
| | ) | |
| MR. MUNDAY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court directed the parties in this matter to submit a joint pretrial statement not later than **July 14, 2006**. (Dkt. 39.) To date, the Court has not received either a joint pretrial statement or any other communication from the parties. Accordingly, the parties are hereby ORDERED to show cause within **ten (10)** days of the date of this Order as to why they failed to comply with the Court's previous order.

The Clerk of Court is directed to send a copy of this Order to plaintiff, to counsel for defendants, and to the Honorable Robert S. Lasnik.

DATED this 21st day of July, 2006.

Mary Alice Theiler
United States Magistrate Judge

ORDER TO SHOW CAUSE
PAGE -1