1
2
3
4
5
6
7              UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
                          AT SEATTLE

8  JOSEPH RED THUNDER,
9              Plaintiff,
10         v.                              Case No. C05-283RSL
11 MR. MUNDAY, et al.,                     ORDER OF DISMISSAL
12             Defendants.
13
14         On October 2, 2006, the Honorable Mary Alice Theiler, United States Magistrate
15 Judge, issued her Report and Recommendation in the above-captioned matter. That Report and
16 Recommendation was mailed to plaintiff but was returned unopened on October 13, 2006, as
17 plaintiff apparently no longer resides at the address on file with the Court.
18         Local Rule 10(f) requires parties to notify the court of any change of address or
19 telephone number within ten days of the change. Local Rule 41(b)(2) further provides that
20 "[i]f mail directed to a pro se plaintiff by the clerk is returned by the post office, and if such
21 plaintiff fails to notify the court and opposing parties within sixty days thereafter of his current
22 address, the court may dismiss the action without prejudice for failure to prosecute."
23         ACCORDINGLY, because the Court finds that plaintiff has failed to prosecute this case
24 by failing to notify the Court of his new address, it is hereby ORDERED that this action is
25 DISMISSED without prejudice.
26
   ORDER OF DISMISSAL - 1

1    DATED this 4th day of January, 2007.

           *signature*
           Robert S. Lasnik
           United States District Judge

ORDER OF DISMISSAL - 2